UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> CITIBANK NA LONDON, <br><br> Defendant-Appellee. | Appeal No. 19-CV-3911 (VSB) <br> Administratively Consolidated |
| In re: <br><br> FAIRFIELD SENTRY LIMITED, *et al.*, <br><br> Debtors in Foreign Proceedings. | Chapter 15 Case <br><br> No. 10-13164 (SMB) <br><br> Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ABN AMRO SCHWEIZ AG A/K/A ABN AMRO (SWITZERLAND) AG, *et al.*, <br><br> Defendants-Appellees. | Appeal No. 19-CV-4437 (VSB) <br><br> Appeal No. 19-CV-4367 (VSB) <br><br> Appeal No. 19-CV-4888 (VSB) <br><br> Appeal No. 19-CV-4964 (VSB) |

## **NOTICE OF WITHDRAWAL OF COUNSEL AND ~~PROPOSED~~ ORDER**

PLEASE TAKE NOTICE that Charles Platt is hereby withdrawn as counsel of record in the above-captioned matters on behalf of Consolidated Appellees Rahn & Bodmer Banquiers, SNS Global Custody B.V. (known as SNS Bank N.V.), Corner Banca SA, Finter Bank Zurich, Ihag Handelsbank AG, and PKB Privatbank AG. As of November 19, 2019, I will no longer be a

member of the law firm Wilmer Cutler Pickering Hale and Dorr LLP and will no longer have any association with the above-captioned matters. Wilmer Cutler Pickering Hale and Dorr LLP will continue as counsel for the above-referenced defendants.

Dated: New York, New York
November 19, 2019

Respectfully submitted,

/s/ *Charles C. Platt*
Charles C. Platt
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Tel: (212) 230-8800
Charles.Platt@wilmerhale.com

*Attorneys for Consolidated Appellees Rahn & Bodmer Banquiers, SNS Global Custody B.V. (known as SNS Bank N.V.), Corner Banca SA, Finter Bank Zurich, Ihag Handelsbank AG, and PKB Privatbank AG*

SO ORDERED.

Dated: New York, New York
November 20, 2019

Vernon S. Broderick
United States District Judge