UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED (IN
LIQUIDATION)

                      Plaintiffs/Appellants,

          - against -

CITIBANK NA LONDON,

                      Defendant/Appellee.

-----------------------------------------------------------------X
In re:

FAIRFIELD SENTRY LIMITED, et al.,

                Debtors in Foreign Proceedings.
-----------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED (IN
LIQUIDATION)

                      Plaintiffs/Appellants,

          - against -

ZURICH CAPITAL MARKETS COMPANY, et al.,

                      Defendant/Appellee.
-----------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED (IN
LIQUIDATION)

                      Plaintiffs/Appellants,

          - against -

FS/CBESSA a/k/a BANQUE PRIVEE ESPIRITO
SANTO SA f/k/a COMPANGIE BANCAIR
ESP[IRITO SANTO SA, et al.,

                      Defendant/Appellee.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2020

Appeal No. 19-CV-3911 (VSB)

**ORDER**

No. 10-13164 (SMB)
(Jointly Administered)

Appeal No. 19-05135 (VSB)

Appeal No. 19-04365 (VSB)

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the law firm Allegaert, Berger & Vogel LLP's ("Counsel") motion to withdraw as counsel filed on February 12, 2020, and the supporting materials. (Docs. 31–33.)

It is ORDERED that Counsel's motion to withdraw is held in abeyance for further consideration. Counsel is directed to respond to the following inquiries on or before March 13, 2020:

- What efforts have been made by Counsel to secure replacement counsel for the client?

- Has Counsel made the client aware that as a corporate entity it cannot represent itself in this matter?

- How will Counsel's withdrawal impact the joint briefing of the motion appealing the decision of the Bankruptcy Court?

- How will Counsel be prejudiced by remaining in the case either through the end of briefing, or through a decision/determination by the court on the motion appealing the decision of the Bankruptcy Court?

SO ORDERED.

Dated: March 6, 2020
New York, New York

Vernon S. Broderick
United States District Judge