UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS, solely in his capacity as Foreign Representative and Liquidator thereof,<br><br>                       Plaintiffs-Appellants,<br><br>                       -against-<br><br>CITIBANK NA LONDON,<br><br>                       Defendant-Appellee.<br><br>This document applies to the Appeals listed on Exhibit A hereto. | Civil No. 19-cv-03911 (VSB)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/17/2021 |

## [PROPOSED] ORDER

It is **HEREBY ORDERED** that:

A. The stay ordered through Paragraph A of the Court's September 11, 2019 Order (Dkt. 8) (the "Stay Order") as to briefing on the appeals previously noticed by Plaintiffs in May 2019, as to which the Court's Stay Order previously stayed briefing with respect to certain issues subject to further briefing before the Bankruptcy Court (the "2019 Stayed Appeals"), is hereby lifted.

B. The parties shall meet and confer about a proposed schedule for the briefing of the 2019 Stayed Appeals, in addition to any new appeals noticed from (i) the recent decision in *Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, 2020 WL 7345988 (Bankr. S.D.N.Y. Dec. 14, 2020) ("*Fairfield III*"), and the orders implementing that decision entered between February 25 and February 27, 2021, and (ii) the recent decision

-2-

and order in *Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, 2021 WL 771677 (Bankr. S.D.N.Y. Feb. 23, 2021) ("*Fairfield IV*"), and propose a joint or, barring agreement, competing schedules to the Court on or before April 22, 2021.

C. Except as otherwise expressly provided in this Order, nothing herein shall prejudice any of the rights reserved by the Parties. Nothing in this Order constitutes an agreement by any Party that any particular issue has or has not been properly raised or preserved for appeal, and no Party waives or forfeits any position or argument regarding whether any particular issue has or has not properly been raised or preserved for appeal.

**SO ORDERED.**

_____
Vernon S. Broderick 3/17/2021
United States District Judge

# Exhibit A

## Exhibit A
## Consolidated Appeal Cases

|     | Case No.    | Case Name |
| --- | ----------- | --------- |
| 1.  | 19-cv-3911  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al. |
| 2.  | 19-cv-4078  | Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dominion Securities |
| 3.  | 19-cv-4079  | Fairfield Sentry Ltd. (In Liquidation), et al., v. Tercas- Cassa di Risparmio della Provincia di Teramo S.P.A. |
| 4.  | 19-cv-4081  | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS ABN AMRO Global Custody |
| 5.  | 19-cv-4084  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond de Rothschild (Europe), et al. |
| 6.  | 19-cv-4089  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Meritz Fire & Marine Insurance Company Ltd. |
| 7.  | 19-cv-4090  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Vontobel Asset Mgmt. Inc., et al. |
| 8.  | 19-cv-4099  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Santander (Suisse) S.A. |
| 9.  | 19-cv-4100  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim (Suisse) Ltd. a/k/a Banque Hapoalim (Suisse) S.A., et al. |
| 10. | 19-cv-4101  | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Mizrahi Tefahot Bank Ltd. |
| 11. | 19-cv-4102  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Syz & Co. S.A. |
| 12. | 19-cv-4105  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A. |
| 13. | 19-cv-4129  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentina (Portugal), S.A., et al. |
| 14. | 19-cv-4131  | Fairfield Sentry Ltd. (In Liquidation), et al. v. AXA Isle of Man Limited |
| 15. | 19-cv-4134  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| 16. | 19-cv-4138  | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited Ref Greenlake Arbitrage Fund Ltd. |
| 17. | 19-cv-4145  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Neue Bank AG |
| 18. | 19-cv-4146  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombardy Properties Limited |
| 19. | 19-cv-4148  | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Bahamas), et al. |

| | | |
|---|---|---|
| 20. | 19-cv-4153 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Limited, et al. |
| 21. | 19-cv-4155 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Atlantico (Bahamas) |
| 22. | 19-cv-4168 | Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al. |
| 23. | 19-cv-4170 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Miami |
| 24. | 19-cv-4173 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Institutional Trust Services (Asia) Limited |
| 25. | 19-cv-4178 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse International |
| 26. | 19-cv-4188 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Atlantico Gibraltar Ltd., et al. |
| 27. | 19-cv-4203 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ZCM Asset Holding Company (Bermuda) Limited, et al. |
| 28. | 19-cv-4219 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie |
| 29. | 19-cv-4225 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al. |
| 30. | 19-cv-4254 | Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank |
| 31. | 19-cv-4257 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al. |
| 32. | 19-cv-4261 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Private Banking Nom. |
| 33. | 19-cv-4262 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al. |
| 34. | 19-cv-4263 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Andbanc Andorra |
| 35. | 19-cv-4265 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) SA |
| 36. | 19-cv-4267 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al. |
| 37. | 19-cv-4268 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Sumitomo Trust & Banking Co., Ltd. |
| 38. | 19-cv-4274 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis Private Banking International SA |
| 39. | 19-cv-4278 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) SA Geneve |
| 40. | 19-cv-4285 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al. |
| 41. | 19-cv-4317 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Celfin International Limited |
| 42. | 19-cv-4319 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Arden International Capital Limited |

| 43. | 19-cv-4324 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie |
| 44. | 19-cv-4357 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank AG Singapore |
| 45. | 19-cv-4359 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Blubank Limited |
| 46. | 19-cv-4364 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Luxembourg S.A., et al. |
| 47. | 19-cv-4365 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA |
| 48. | 19-cv-4367 | Fairfield Sentry Ltd. (In Liquidation), et al. v. SNS Global Custody B.V. |
| 49. | 19-cv-4369 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Pictet & Cie |
| 50. | 19-cv-4379 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Wall Street Securities S.A. |
| 51. | 19-cv-4381 | Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al. |
| 52. | 19-cv-4382 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Monte Paschi Ireland Ltd. |
| 53. | 19-cv-4384 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Nomura International PLC |
| 54. | 19-cv-4385 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC |
| 55. | 19-cv-4386 | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Luxembourg SA |
| 56. | 19-cv-4388 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International |
| 57. | 19-cv-4395 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Fortis Banque SA/NV |
| 58. | 19-cv-4396 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al. |
| 59. | 19-cv-4414 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse) |
| 60. | 19-cv-4415 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas España |
| 61. | 19-cv-4416 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Stichting Stroeve Global Custody |
| 62. | 19-cv-4418 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited, et al. |
| 63. | 19-cv-4420 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Inversis SA |
| 64. | 19-cv-4424 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bureau of Labor Insurance |
| 65. | 19-cv-4425 | Fairfield Sentry Ltd. (In Liquidation), et al., v. Credit Industriel et Commercial Singapore Branch |
| 66. | 19-cv-4426 | Fairfield Sentry Limited, et al. v. SIX SIS AG |

| | | |
|---|---|---|
| 67. | 19-cv-4428 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Multi- Strategy Fund Limited |
| 68. | 19-cv-4431 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Cathay Life Insurance Co. LTD. |
| 69. | 19-cv-4432 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL, et al. |
| 70. | 19-cv-4434 | Fairfield Sentry Ltd. (In Liquidation), et al. v. NYROY, Royal Bank of Canada, et al. |
| 71. | 19-cv-4437 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers |
| 72. | 19-cv-4438 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada Singapore Branch |
| 73. | 19-cv-4439 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia Private Bank (Switzerland) |
| 74. | 19-cv-4441 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Luxembourg), et al. |
| 75. | 19-cv-4445 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Reescompte et de Placement |
| 76. | 19-cv-4446 | Fairfield Sentry Ltd. (In Liquidation) et al. v. BIE Bank & Trust Bahamas Ltd. |
| 77. | 19-cv-4459 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., et al. |
| 78. | 19-cv-4461 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Commercial Bank of Kuwait |
| 79. | 19-cv-4475 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Natexis Banques Populaires, et al. |
| 80. | 19-cv-4479 | Fairfield Sentry Ltd. (In Liquidation), et al. v. All Funds Bank, et al. |
| 81. | 19-cv-4483 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Guyerzeller Zurich, et al. |
| 82. | 19-cv-4484 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citivic Nominees Limited, et al. |
| 83. | 19-cv-4486 | Fairfield Sentry Ltd. (In Liquidation), et al. v. KWI |
| 84. | 19-cv-4489 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Kefong Lee |
| 85. | 19-cv-4491 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque et Caisse d'Epargne de l'Etat Luxembourg, et al. |
| 86. | 19-cv-4495 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al. |
| 87. | 19-cv-4498 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Eduardo Fernandez de Valderrama Murillo |
| 88. | 19-cv-4500 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A, et al. |
| 89. | 19-cv-4501 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares |
| 90. | 19-cv-4502 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse AG Nassau Branch Wealth Management |

| | | |
|---|---|---|
| 91. | 19-cv-4515 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Israel Discount Bank, Limited, Tel Aviv |
| 92. | 19-cv-4533 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Pleasant T. Rowland Foundation Inc. |
| 93. | 19-cv-4535 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Netherland NV, et al. |
| 94. | 19-cv-4536 | Fairfield Sigma Ltd. (In Liquidation), et al. v. Societe Europeenne de Banque S.A. |
| 95. | 19-cv-4539 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBP Titres |
| 96. | 19-cv-4540 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Abu Dhabi Investment Authority |
| 97. | 19-cv-4543 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Vontobel AG |
| 98. | 19-cv-4545 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada., et al. |
| 99. | 19-cv-4546 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole (Suisse) SA |
| 100. | 19-cv-4547 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Naidot & Co., et al. |
| 101. | 19-cv-4549 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Lion Global Invs. f/k/a Lion Fairfield Capital Management, et al |
| 102. | 19-cv-4550 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Swedclient/IAM, et al. |
| 103. | 19-cv-4552 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V., et al. |
| 104. | 19-cv-4561 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AEB Lux, et al. |
| 105. | 19-cv-4565 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) SA as Successor to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG, et al. |
| 106. | 19-cv-4567 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance SA |
| 107. | 19-cv-4569 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Avalon Absolute Return Funds PLC, et al. |
| 108. | 19-cv-4570 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives |
| 109. | 19-cv-4571 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deltec Bank & Trust Limited |
| 110. | 19-cv-4573 | Fairfield Sigma Ltd. (In Liquidation), et al. v. Kas Bank, et al. |
| 111. | 19-cv-4585 | Fairfield Sentry Limited, et al. v. Simgest SpA |
| 112. | 19-cv-4603 | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al. |
| 113. | 19-cv-4604 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) SA |

| | | |
|---|---|---|
| 114. | 19-cv-4605 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Andorra Banc Agricol Reig SA |
| 115. | 19-cv-4607 | Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/LAB/AXA PM |
| 116. | 19-cv-4608 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees (Guernsey) Limited |
| 117. | 19-cv-4610 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust S.A. (Luxembourg), et al. |
| 118. | 19-cv-4611 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fullerton Capital PTE, Ltd. |
| 119. | 19-cv-4620 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Arden Endowment Advisers Limited., et al. |
| 120. | 19-cv-4623 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse) S.A. |
| 121. | 19-cv-4624 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al. |
| 122. | 19-cv-4627 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Tayleigh Trust Co. Ltd., et al. |
| 123. | 19-cv-4657 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Melrose Investments Ltd., et al. |
| 124. | 19-cv-4660 | Fairfield Sigma Ltd. (In Liquidation), et al. v. Grand Cathay Securities (Hong Kong) Limited |
| 125. | 19-cv-4668 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis |
| 126. | 19-cv-4683 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Nominees (Jersey) Limited |
| 127. | 19-cv-4687 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/ING Lux |
| 128. | 19-cv-4691 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA |
| 129. | 19-cv-4741 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Banke (Suisse) |
| 130. | 19-cv-4742 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Parson Finance Panama SA |
| 131. | 19-cv-4743 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Carige SPA et al. |
| 132. | 19-cv-4744 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa International |
| 133. | 19-cv-4765 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG |
| 134. | 19-cv-4766 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nassau Branch Wealth Management |
| 135. | 19-cv-4767 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Bruxelles, et al. |
| 136. | 19-cv-4768 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Catalunya Caixa |
| 137. | 19-cv-4770 | Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dexia Investor Services España S.A. |

| | | |
|---|---|---|
| 138. | 19-cv-4771 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al. |
| 139. | 19-cv-4772 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Millennium Multi-Strategy Fund, et al. |
| 140. | 19-cv-4773 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Private Bank & Trust (Channel Islands) Limited |
| 141. | 19-cv-4778 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of Ireland Nominees Limited |
| 142. | 19-cv-4779 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BRED Banque Populaire |
| 143. | 19-cv-4788 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Cesare Ponti SPA |
| 144. | 19-cv-4789 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Centre College |
| 145. | 19-cv-4798 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Portobelo Advisors Inc. |
| 146. | 19-cv-4806 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. (Asia) Ltd., et al. |
| 147. | 19-cv-4809 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Sherli Elghanian Krayem, et al. |
| 148. | 19-cv-4813 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of America National Trust and Savings Association |
| 149. | 19-cv-4817 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Luxembourg |
| 150. | 19-cv-4818 | Fairfield Sigma Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al. |
| 151. | 19-cv-4825 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al. |
| 152. | 19-cv-4853 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Petercam Luxembourg S.A., et al. |
| 153. | 19-cv-4860 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) S.A., et al. |
| 154. | 19-cv-4861 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A. |
| 155. | 19-cv-4863 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Trust Company Americas |
| 156. | 19-cv-4864 | Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Popolare dell'Alto Adige Soc. Coop. Resp. Lim., et al. |
| 157. | 19-cv-4865 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Retained Nominees (IOM) Limited, et al. |
| 158. | 19-cv-4869 | Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York |
| 159. | 19-cv-4882 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) SA |
| 160. | 19-cv-4782 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim BM, London, et al. |

| 161. | 19-cv-4785 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Chelsea Trust Co., Ltd., et al. |
|---|---|---|
| 162. | 19-cv-4888 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. |
| 163. | 19-cv-4930 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Clarks Fork Foundation |
| 164. | 19-cv-4933 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Baring Brothers Sturdza SA |
| 165. | 19-cv-4934 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Bank Leumi Israel |
| 166. | 19-cv-4941 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Delta S.P.A., et al. |
| 167. | 19-cv-4944 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Limited |
| 168. | 19-cv-4962 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al. |
| 169. | 19-cv-4963 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Havilland S.A. |
| 170. | 19-cv-4964 | Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al. |
| 171. | 19-cv-4965 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Jared Trading Limited/BVI, et al. |
| 172. | 19-cv-4967 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank SA Madrid et al. |
| 173. | 19-cv-4972 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait |
| 174. | 19-cv-4973 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al. |
| 175. | 19-cv-4974 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Judith Cherwinka |
| 176. | 19-cv-4985 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities (Panama) SA, et al. |
| 177. | 19-cv-4986 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Kiangsu Chekiang And Shanghai Residents (H.K.) Association |
| 178. | 19-cv-4988 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hontai Life Insurance Company Limited |
| 179. | 19-cv-4989 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Graziela Strina de Toledo Arruda and Luisa M. Strina |
| 180. | 19-cv-4990 | Fairfield Sigma Ltd. (In Liquidation), et al. v. Schroders Italy SIM SPA, et al. |
| 181. | 19-cv-4991 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al. |
| 182. | 19-cv-4994 | Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Profilo SPA |

| 183. | 19-cv-4995 | Fairfield Sentry Ltd. (In Liquidation), et al. v. CACEIS Bank EX IXIS IS, et al. |
|---|---|---|
| 184. | 19-cv-4998 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Luxembourg) SA |
| 185. | 19-cv-5006 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd. |
| 186. | 19-cv-5019 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco General SA Banca Privada |
| 187. | 19-cv-5020 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Dreadnought Finance OY |
| 188. | 19-cv-5023 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau International, et al. |
| 189. | 19-cv-5024 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC International Trustee Limited |
| 190. | 19-cv-5030 | Fairfield Sentry Ltd. (In Liquidation), et al. v. DGAM Alternative Strategy Fund II, SPC - Cell A, et al. |
| 191. | 19-cv-5033 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hansard Europe Ltd |
| 192. | 19-cv-5034 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Alok Sama |
| 193. | 19-cv-5035 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer and Co. Ltd., Zurich |
| 194. | 19-cv-5040 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie |
| 195. | 19-cv-5042 | Fairfield Sentry Ltd. (In Liquidation), et al. v. BP Alpha S.A., et al. |
| 196. | 19-cv-5044 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG |
| 197. | 19-cv-5054 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Clearstream Banking SA |
| 198. | 19-cv-5056 | Fairfield Sentry Ltd. (In Liquidation), et al. v. John E. Niederhuber IRA |
| 199. | 19-cv-5057 | Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BK Hapoalim/BM Tel Aviv, et al. |
| 200. | 19-cv-5061 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Barfield Nominees Limited |
| 201. | 19-cv-5067 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Korea Exchange Bank |
| 202. | 19-cv-5068 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Swedbank |
| 203. | 19-cv-5071 | Fairfield Sentry Ltd. (In Liquidation), et al. v. PFPC Bank Limited, et al. |
| 204. | 19-cv-5089 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Woori Bank |
| 205. | 19-cv-5106 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Don Chimango SA, et al. |
| 206. | 19-cv-5107 | Fairfield Sentry Ltd. (In Liquidation), et al. v. CPR Online, et al. |

| 207. | 19-cv-5108 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Seoul Branch, Ltd |
|---|---|---|
| 208. | 19-cv-5109 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank Korea Inc. |
| 209. | 19-cv-5110 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Unicorp Bank & Trust Limited |
| 210. | 19-cv-5112 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hua Nan Commercial Bank |
| 211. | 19-cv-5115 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Kasbank Effecten Bewaarbedrijf N.V. |
| 212. | 19-cv-5117 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services NV |
| 213. | 19-cv-5118 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Atlantic Security Bank |
| 214. | 19-cv-5119 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Liongate Multistrategy Fund SEG Portfolio |
| 215. | 19-cv-5125 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Theodoor GGC Amsterdam |
| 216. | 19-cv-5126 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Dresdner Lateinamerika AG, et al. |
| 217. | 19-cv-5130 | Fairfield Sentry Ltd. (In Liquidation), et al. v. CDC IXIS |
| 218. | 19-cv-5131 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Global Fund Porvenir |
| 219. | 19-cv-5132 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Nominees (IOM) Limited. |
| 220. | 19-cv-5135 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Co., et al. |
| 221. | 19-cv-5142 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Banc of America Securities LLC |
| 222. | 19-cv-5143 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie AG |
| 223. | 19-cv-5149 | Fairfield Sigma Ltd. (In Liquidation), et al. v. Rothschild Trust (Schweiz) AG |
| 224. | 19-cv-5153 | Fairfield Sentry Ltd. (In Liquidation), et al. v. CAIS Bank, et al. |
| 225. | 19-cv-5154 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Cayman Limited |
| 226. | 19-cv-5157 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Hyposwiss Private Bank Geneve S.A. |
| 227. | 19-cv-5220 | Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al. |
| 228. | 19-cv-5223 | Fairfield Sentry Ltd. (In Liquidation), et al. v. First Gulf Bank |

| 229. | 19-cv-5228 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Select Absolute Strategies SICAV |
| --- | --- | --- |
| 230. | 19-cv-5237 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Rothschild & Cie Banque Paris |
| 231. | 19-cv-5240 | Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Investor Services Bank S.A. |
| 232. | 19-cv-5241 | Fairfield Sentry Ltd. (In Liquidation), et al. v. Kasbank Depositary Trust Company Conc Theta Multistar Low Volatility Fund |