USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAFIELD SENTRY LIMITED (IN LIQUIDATION)

         Plaintiffs/Appellants,

   - against -

CITIBANK NA LONDON,

         Defendant/Appellee.
-----------------------------------------------------------------X
In re:

FAIRFIELD SENTRY LIMITED, et al.,

      Debtors in Foreign Proceedings.
-----------------------------------------------------------------X

Appeal No. 19-CV-3911 (VSB)

Administratively Consolidated

**RELATED CASES ORDER**

No. 10-13164 (SMB)
(Jointly Administered)

VERNON S. BRODERICK, United States District Judge:

  ORDERED, effective April 2, 2021: This Order applies to appeals brought by Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), and Fairfield Lambda Limited (in Liquidation) that arise from four decisions rendered by the United States Bankruptcy Court for the Southern District of New York in the consolidated adversary proceedings commenced by the Liquidators of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited.  These four decisions are the December 2018 Decision, the Memorandum Decision and Order Regarding the Defendants' Motion to Dismiss for Want of Jurisdiction, dated August 6, 2018 (*Fairfield Sentry Limited (in Liquidation)*), Adv. Proc. No. 10-03496 (Bankr. S.D.N.Y. Aug. 6, 2018), ECF No. 1723), the Memorandum Decision Denying Plaintiffs' Motion for Leave to File Further Proposed Amended Complaints in Certain Actions,

dated August 10, 2020, (ECF No. 3046), and the Memorandum Decision Granting in Part and Denying in Part Defendants' Renewed Motion to Dismiss, dated December 14, 2020, (ECF No. 3062).

IT IS FURTHER ORDERED that any appellant that files a case in this district for inclusion in *In Re: Fairfield Sentry Limited*, 19-cv-3911 (VSB), must note on the civil cover sheet that the case is related to the above matter.  Such a party must also file a Statement of Relatedness, see Local Rule 13, explaining why the appellant's claim falls within the above matter.  The allowance of filing in this district does not extend to cases that do not include the claims that fall within the above matter.

Any new actions shall be assigned directly to my docket.  If appellant fails to comply with the filing requirements or if the Court deems these cases as not related to 19-cv-3911, the case(s) will be reassigned at random to another District Judge as deemed not related.

SO ORDERED.

Dated: April 6, 2021
      New York, New York

Vernon S. Broderick
United States District Judge