UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIRFIELD SENTRY LIMITED (IN
LIQUIDATION), acting by and through the
Foreign Representative thereof, and
KENNETH KRYS, solely in his capacity as
Foreign Representative and Liquidator thereof,

                            Plaintiffs-Appellants,        Case No. 19-cv-03911 (VSB)

         v.

CITIBANK NA LONDON,

                            Defendant-Appellee.

This document applies to the Appeals listed on
Appendix A hereto.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/2021

## [PROPOSED] ORDER EXTENDING DEADLINE FOR
## MOTION FOR LEAVE OPPOSITION

**WHEREAS**, on March 30, 2021, Defendants-Appellants in the appeals listed in Appendix A hereto filed a motion for leave to appeal certain interlocutory rulings from the December 14, 2020 and February 23, 2021 orders of the Bankruptcy Court ("Motion for Leave to Appeal");

**WHEREAS**, under Federal Rule of Bankruptcy Procedure 8004(b)(2), Plaintiffs-Appellees would normally be required to file an opposition to the Motion for Leave to Appeal within 14 days, on or before April 13, 2021;

**WHEREAS**, a non-party may file a motion for leave to file an amicus brief in further support of the Motion for Leave to Appeal;

**WHEREAS**, the parties filed a joint letter motion in this Court on April 9, 2021 seeking an extension to briefing deadlines on the Motion for Leave to Appeal, such that any motion for

leave to file an amicus brief would be due May 10, 2021 and Plaintiffs-Appellees' opposition to the Motion for Leave to Appeal would be due June 1, 2021; and

**WHEREAS**, Plaintiffs-Appellees have not previously requested an extension to their opposition deadline;

**NOW, THEREFORE, IT IS HEREBY ORDERED**, that:

1.      The motion of any amicus curiae seeking leave to file an amicus brief in support of the Motion for Leave to Appeal shall be filed no later than May 10, 2021.

2.      Plaintiffs-Appellees' opposition to the Motion for Leave to Appeal shall be filed no later than June 1, 2021.

3.      This order is without prejudice to Plaintiffs-Appellees' right to seek additional pages for their opposition to the Motion for Leave to Appeal if necessary to adequately respond to any amicus briefs, if leave to file such amicus briefs is granted.


SO ORDERED this 12th day of ___April___, 2021

By:      _____
                HON. VERNON S. BRODERICK
                United States District Judge

## APPENDIX A

| No. | Case Name | Bankruptcy Court Index No. | Prior Appeal Index No. | New Appeal Index No. |
|---|---|---|---|---|
| 1 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | 10-ap-03622-CGM | 19-cv-03911-VSB | *Forthcoming* |
| 2 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | 10-ap-03626-CGM | N/A | *Forthcoming* |
| 3 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al.* | 10-ap-03627-CGM | N/A | *Forthcoming* |
| 4 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. Servs. (Lux.) S.A., et al.* | 10-ap-03630-CGM | 19-cv-04860-VSB | *Forthcoming* |
| 5 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A., et al.* | 10-ap-03633-CGM | 19-cv-04861-VSB | *Forthcoming* |
| 6 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Mkts. Co., et al.* | 10-ap-03634-CGM | 19-cv-05135-VSB | *Forthcoming* |
| 7 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-ap-03635-CGM | 19-cv-04964-VSB | *Forthcoming* |
| 8 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-ap-03636-CGM | 19-cv-04888-VSB | *Forthcoming* |
| 9 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al.* | 10-ap-03780-CGM | 19-cv-04869-VSB | *Forthcoming* |
| 10 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 10-ap-04098-CGM | 19-cv-04385-VSB | *Forthcoming* |
| 11 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al.* | 10-ap-04099-CGM | 19-cv-05006-VSB | *Forthcoming* |
| 12 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch f/k/a UBS Lux. SA, et al.* | 11-ap-01250-CGM | 19-cv-04386-VSB | *Forthcoming* |
| 13 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Int'l, et al.* | 11-ap-01463-CGM | 19-cv-04388-VSB | *Forthcoming* |

| No. | Case Name | Bankruptcy Court Index No. | Prior Appeal Index No. | New Appeal Index No. |
|---|---|---|---|---|
| 14 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Nominees Ltd., et al.* | 11-ap-01579-CGM | 19-cv-04973-VSB | *Forthcoming* |
| 15 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV, et al.* | 11-ap-01617-CGM | 19-cv-04395-VSB | *Forthcoming* |
| 16 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Ltd., et al.* | 11-ap-02770-CGM | 19-cv-04396-VSB | *Forthcoming* |
| 17 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana, et al.* | 12-ap-01551-CGM | 19-cv-04415-VSB | *Forthcoming* |
| 18 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citco Global Custody NV, et al.* | 19-ap-01122-CGM | N/A | *Forthcoming* |