UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIRFIELD SENTRY LIMITED (IN
LIQUIDATION), acting by and through the
Foreign Representative thereof, and
KENNETH KRYS, solely in his capacity as
Foreign Representative and Liquidator thereof,

                  Plaintiffs-Appellants,

      v.

CITIBANK NA LONDON,

              Defendant-Appellee.

This document applies to the Appeals listed on
Appendix A hereto.

Case No. 19-cv-03911 (VSB)

## [PROPOSED] SCHEDULING ORDER

**WHEREAS**, on March 17, 2021, this Court lifted its September 11, 2019 Stay Order as to briefing on the appeals previously noticed by Plaintiffs-Appellants in May 2019;

**WHEREAS**, on March 17, 2021, this Court also directed the parties to meet and confer about a proposed schedule for the briefing of the 2019 stayed appeals in addition to any new appeals of right noticed from *Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, 2020 WL 7345988 (Bankr. S.D.N.Y Dec. 14, 2020) and the orders implementing that decision, and *Fairfield Sentry Ltd. (In Liquidation) v. Theodoor GGC Amsterdam*, 2021 WL 771677 (Bankr. S.D.N.Y. Feb. 23, 2021) (collectively, "Second-Round Appeal");

**WHEREAS**, on April 22, 2021, the parties jointly filed a letter with this Court proposing a briefing schedule for the Second-Round Appeal;

**NOW, THEREFORE, IT IS HEREBY ORDERED**, that:

1.      Plaintiffs-Appellants' opening brief in support of the Second-Round Appeal shall be due <u>July 21, 2021</u>;

2.      Defendants-Appellees' brief in opposition to the Second-Round Appeal shall be due <u>October 19, 2021</u>; and

3.      Plaintiffs-Appellants' reply brief in further support of the Second-Round Appeal shall be due <u>December 3, 2021</u>.


SO ORDERED this <u>23rd</u> day of _____April_____, 2021

By:   _____

HON. VERNON S. BRODERICK
United States District Judge

### Appendix A

| No. | Case Name | Bank-ruptcy Court Index No. | First-Round Appeal Index No. | Second-Round Appeal Index No. |
|---|---|---|---|---|
| 1 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Theodoor GGC Amsterdam, et al.* | 10-ap-03496-CGM | 19-cv-05125-VSB | N/A |
| 2 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dominion Sec. Sub A/C, et al.* | 10-ap-03502-CGM | 19-cv-04078-VSB | 21-cv-02703 |
| 3 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Tercas – Cassa di Risparmio della Provincia di Teramo S.P.A., et al.* | 10-ap-03503-CGM | 19-cv-04079-VSB | 21-cv-02710 |
| 4 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS ABN AMRO Global Custody, et al.* | 10-ap-03504-CGM | 19-cv-04081-VSB | 21-cv-02715 |
| 5 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Eur.), et al.* | 10-ap-03505-CGM | 19-cv-04084-VSB | 21-cv-02731 |
| 6 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Union USD Global Arbitrage A Fund, et al.* | 10-ap-03506-CGM | N/A | N/A |
| 7 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Meritz Fire & Marine Ins. Co. Ltd., et al.* | 10-ap-03507-CGM | 19-cv-04089-VSB | 21-cv-02733 |
| 8 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. (Asia) Ltd., et al.* | 10-ap-03508-CGM | 19-cv-04806-VSB | 21-cv-02735 |
| 9 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Santander (Suisse) S.A., et al.* | 10-ap-03509-CGM | 19-cv-04099-VSB | 21-cv-02738 |
| 10 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim (Suisse) Ltd., et al.* | 10-ap-03510-CGM | 19-cv-04100-VSB | 21-cv-02744 |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|-----|-----------|------------------------------|-------------------------------|--------------------------------|
| 11 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Mizrahi Tefahot Bank Ltd., et al.* | 10-ap-03512-CGM | 19-cv-04101-VSB | 21-cv-02747 |
| 12 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Syz & Co. S.A., et al.* | 10-ap-03513-CGM | 19-cv-04102-VSB | 21-cv-02749 |
| 13 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al.* | 10-ap-03514-CGM | 19-cv-04105-VSB | 21-cv-02750 |
| 14 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria, S.A., et al.* | 10-ap-03515-CGM | 19-cv-04129-VSB | 21-cv-02755 |
| 15 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.* | 10-ap-03516-CGM | 19-cv-04134-VSB | 21-cv-02766 |
| 16 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Neue Bank AG, et al.* | 10-ap-03519-CGM | 19-cv-04145-VSB | 21-cv-02774 |
| 17 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombardy Props. Ltd., et al.* | 10-ap-03521-CGM | 19-cv-04146-VSB | 21-cv-02788 |
| 18 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Ltd., et al.* | 10-ap-03525-CGM | 19-cv-04153-VSB | 21-cv-02790 |
| 19 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lacroze, et al.* | 10-ap-03528-CGM | N/A | N/A |
| 20 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Vontobel Asset Mgmt. Inc., et al.* | 10-ap-03540-CGM | 19-cv-04090-VSB | N/A |
| 21 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Alton Select Ltd., et al.* | 10-ap-03541-CGM | N/A | N/A |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Appeal Index No. | Second-Round Appeal Index No. |
|---|---|---|---|---|
| 22 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Sudameris, et al.* | 10-ap-03586-CGM | N/A | N/A |
| 23 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) S.A., et al.* | 10-ap-03595-CGM | 19-cv-04168-VSB | 21-cv-02794 |
| 24 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sherli Elghanian Krayem, et al.* | 10-ap-03614-CGM | 19-cv-04809-VSB | 21-cv-02826 |
| 25 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of Am. Nat'l Trust & Sav. Ass'n, et al.* | 10-ap-03615-CGM | 19-cv-04813-VSB | 21-cv-02828 |
| 26 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Luxembourg, et al.* | 10-ap-03616-CGM | 19-cv-04817-VSB | 21-cv-02830 |
| 27 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Miami, et al.* | 10-ap-03618-CGM | 19-cv-04170-VSB | 21-cv-02835 |
| 28 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Inst. Trust Servs. (Asia) Ltd., et al.* | 10-ap-03619-CGM | 19-cv-04173-VSB | 21-cv-02839 |
| 29 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Credit Suisse Int'l, et al.* | 10-ap-03620-CGM | 19-cv-04178-VSB | 21-cv-02849 |
| 30 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al.* | 10-ap-03621-CGM | 19-cv-04818-VSB | 21-cv-02853 |
| 31 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | 10-ap-03622-CGM | 19-cv-03911-VSB | 21-cv-03529 |
| 32 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. AXA Isle of Man, et al.* | 10-ap-03623-CGM | 19-cv-04131-VSB | N/A |

| No. | Case Name | Bank- ruptcy Court In- dex No. | First- Round Ap- peal Index No. | Second- Round Ap- peal Index No. |
|---|---|---|---|---|
| 33 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Lux., et al.* | 10-ap- 03624- CGM | 19-cv- 04825-VSB | 21-cv-02861 |
| 34 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al.* | 10-ap- 03625- CGM | 19-cv- 04254-VSB | 21-cv-02864 |
| 35 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | 10-ap- 03626- CGM | N/A | 21-cv-03537 |
| 36 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Servs. Lux., et al.* | 10-ap- 03627- CGM | N/A | 21-cv-03547 |
| 37 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | 10-ap- 03628- CGM | 19-cv- 04257-VSB | 21-cv-02964 |
| 38 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Private Banking Nom, et al.* | 10-ap- 03629- CGM | 19-cv- 04261-VSB | 21-cv-02970 |
| 39 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. Servs. (Lux.) S.A., et al.* | 10-ap- 03630- CGM | 19-cv- 04860-VSB | 21-cv-03553 |
| 40 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | 10-ap- 03631- CGM | 19-cv- 04262-VSB | 21-cv-02977 |
| 41 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AND Banc Andorra, et al.* | 10-ap- 03632- CGM | 19-cv- 04263-VSB | 21-cv-02980 |
| 42 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Suisse) S.A., et al.* | 10-ap- 03633- CGM | 19-cv- 04861-VSB | 21-cv-03567 |
| 43 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Mkts. Co., et al.* | 10-ap- 03634- CGM | 19-cv- 05135-VSB | N/A |

| No. | Case Name | Bank-ruptcy Court Index No. | First-Round Appeal Index No. | Second-Round Appeal Index No. |
|-----|-----------|------------------------------|------------------------------|-------------------------------|
| 44 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-ap-03635-CGM | 19-cv-04964-VSB | To be opened |
| 45 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | 10-ap-03636-CGM | 19-cv-04888-VSB | To be opened |
| 46 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switz.) AG, et al.* | 10-ap-03640-CGM | 19-cv-04267-VSB | 21-cv-02997 |
| 47 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Trust Co. Am., et al.* | 10-ap-03744-CGM | 19-cv-04863-VSB | 21-cv-03008 |
| 48 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) S.A. Geneve, et al.* | 10-ap-03745-CGM | 19-cv-04278-VSB | 21-cv-03010 |
| 49 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | 10-ap-03746-CGM | 19-cv-04285-VSB | 21-cv-03018 |
| 50 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank AG Singapore, et al.* | 10-ap-03747-CGM | 19-cv-04357-VSB | 21-cv-03028 |
| 51 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Sudameris, et al.* | 10-ap-03749-CGM | N/A | N/A |
| 52 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Blubank Ltd., et al.* | 10-ap-03750-CGM | 19-cv-04359-VSB | 21-cv-03032 |
| 53 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Bros. Harriman & Co., et al.* | 10-ap-03752-CGM | 19-cv-05023-VSB | 21-cv-03042 |
| 54 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dresdner LateinAmerika AG, et al.* | 10-ap-03753-CGM | 19-cv-05126-VSB | N/A |

5

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|---|---|---|---|---|
| 55 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CDC IXIS, et al.* | 10-ap-03754-CGM | 19-cv-05130-VSB | N/A |
| 56 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Lux. SA, et al.* | 10-ap-03755-CGM | 19-cv-04364-VSB | 21-cv-03072 |
| 57 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al.* | 10-ap-03756-CGM | 19-cv-04365-VSB | 21-cv-03074 |
| 58 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SNS Global Custody B.V., et al.* | 10-ap-03757-CGM | 19-cv-04367-VSB | 21-cv-03077 |
| 59 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd. Ref Greenlake Arbitrage Fund Ltd., et al.* | 10-ap-03758-CGM | 19-cv-04138-VSB | N/A |
| 60 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pictet & Cie, et al.* | 10-ap-03764-CGM | 19-cv-04369-VSB | 21-cv-03079 |
| 61 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Retained Nominees (IOM) Limited, et al.* | 10-ap-03776-CGM | 19-cv-04865-VSB | 21-cv-03080 |
| 62 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kookmin Bank, et al.* | 10-ap-03777-CGM | N/A | N/A |
| 63 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Wall Street Secs. S.A., et al.* | 10-ap-03778-CGM | 19-cv-04379-VSB | 21-cv-03085 |
| 64 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG N.Y., et al.* | 10-ap-03780-CGM | 19-cv-04869-VSB | To be opened |
| 65 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Bah.), et al.* | 10-ap-03782-CGM | 19-cv-04148-VSB | N/A |

6

| No. | Case Name | Bank-ruptcy Court Index No. | First-Round Appeal Index No. | Second-Round Appeal Index No. |
|---|---|---|---|---|
| 66 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Atlantico (Bah.), et al.* | 10-ap-03783-CGM | 19-cv-04155-VSB | N/A |
| 67 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Weston Sec. Ltd., et al.* | 10-ap-03784-CGM | N/A | N/A |
| 68 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) S.A., et al.* | 10-ap-03786-CGM | 19-cv-04381-VSB | 21-cv-03088 |
| 69 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Atlantico (Gib.) Ltd., et al.* | 10-ap-03787-CGM | 19-cv-04188-VSB | N/A |
| 70 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) S.A., et al.* | 10-ap-03788-CGM | 19-cv-04882-VSB | 21-cv-03091 |
| 71 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Almel Ltd., et al.* | 10-ap-03789-CGM | N/A | N/A |
| 72 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zayed, et al.* | 10-ap-03790-CGM | 19-cv-04739-VSB | N/A |
| 73 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Monte Paschi Ireland Ltd., et al.* | 10-ap-03791-CGM | 19-cv-04382-VSB | 21-cv-03092 |
| 74 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ZCM Asset Holding Co. (Berm.) Ltd., et al.* | 10-ap-03792-CGM | 19-cv-04203-VSB | N/A |
| 75 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nomura Int'l PLC, et al.* | 10-ap-03793-CGM | 19-cv-04384-VSB | 21-cv-03097 |
| 76 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al.* | 10-ap-03795-CGM | 19-cv-04219-VSB | 21-cv-03102 |

| No. | Case Name | Bankruptcy Court Index No. | First-Round Appeal Index No. | Second-Round Appeal Index No. |
|-----|-----------|---------------------------|------------------------------|-------------------------------|
| 77 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Strina, et al.* | 10-ap-03798-CGM | 19-cv-04989-VSB | 21-cv-03106 |
| 78 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hambros Guernsey Nominees, et al.* | 10-ap-03799-CGM | 19-cv-04225-VSB | N/A |
| 79 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) S.A., et al.* | 10-ap-03801-CGM | 19-cv-04265-VSB | 21-cv-03110 |
| 80 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sumitomo Banking & Trust Co. Ltd., et al.* | 10-ap-03863-CGM | 19-cv-04268-VSB | 21-cv-03112 |
| 81 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Natixis Private Banking Int'l, et al.* | 10-ap-03864-CGM | 19-cv-04274-VSB | 21-cv-03127 |
| 82 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Celfin Int'l Ltd., et al.* | 10-ap-03865-CGM | 19-cv-04317-VSB | 21-cv-03130 |
| 83 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Torshen, et al.* | 10-ap-03866-CGM | N/A | N/A |
| 84 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Stichting Stroeve Global Custody, et al.* | 10-ap-03867-CGM | 19-cv-04416-VSB | 21-cv-03133 |
| 85 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank S.A. Luxembourgeoise, et al.* | 10-ap-03868-CGM | 19-cv-04991-VSB | 21-cv-03134 |
| 86 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG, et al.* | 10-ap-03869-CGM | 19-cv-04426-VSB | 21-cv-03150 |
| 87 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Arden Int'l Capital Ltd., et al.* | 10-ap-03870-CGM | 19-cv-04319-VSB | N/A |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|-----|-----------|------------------------------|-------------------------------|--------------------------------|
| 88 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | 10-ap-03871-CGM | 19-cv-04995-VSB | 21-cv-03157 |
| 89 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al.* | 10-ap-03873-CGM | 19-cv-04324-VSB | 21-cv-03161 |
| 90 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al.* | 10-ap-04087-CGM | 19-cv-04414-VSB | 21-cv-03172 |
| 91 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Lux.) S.A., et al.* | 10-ap-04088-CGM | 19-cv-04998-VSB | 21-cv-03176 |
| 92 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Inversis SA, et al.* | 10-ap-04089-CGM | 19-cv-04420-VSB | 21-cv-03188 |
| 93 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL, et al.* | 10-ap-04090-CGM | 19-cv-04432-VSB | 21-cv-03213 |
| 94 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia Private Bank (Switz.), et al.* | 10-ap-04091-CGM | 19-cv-04439-VSB | 21-cv-03215 |
| 95 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Commercial Bank of Kuwait, et al.* | 10-ap-04093-CGM | 19-cv-04461-VSB | 21-cv-03233 |
| 96 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natexis Banques Populaires, et al.* | 10-ap-04094-CGM | 19-cv-04475-VSB | N/A |
| 97 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Cayman) Ltd., et al.* | 10-ap-04095-CGM | 19-cv-05030-VSB | 21-cv-03239 |
| 98 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco di Desio e Della Brianza, et al.* | 10-ap-04096-CGM | 19-cv-04886-VSB | N/A |

| No. | Case Name | Bank-ruptcy Court Index No. | First-Round Appeal Index No. | Second-Round Appeal Index No. |
|---|---|---|---|---|
| 99 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Nominees (IOM) Ltd., et al.* | 10-ap-04097-CGM | 19-cv-05132-VSB | N/A |
| 100 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | 10-ap-04098-CGM | 19-cv-04385-VSB | To be opened |
| 101 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank & Trust Cayman Ltd., et al.* | 10-ap-04099-CGM | 19-cv-05006-VSB | To be opened |
| 102 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citivic Nominees Ltd., et al.* | 10-ap-04100-CGM | 19-cv-04484-VSB | 21-cv-03243 |
| 103 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. PRS Inv. Strategies Fund Class 4E, et al.* | 10-ap-04101-CGM | N/A | N/A |
| 104 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Morgan Stanley AG, et al.* | 10-ap-04212-CGM | 19-cv-04490-VSB | 21-cv-03248 |
| 105 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | 10-ap-04236-CGM | 19-cv-04495-VSB | 21-cv-03281 |
| 106 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hansard Europe Ltd., et al.* | 10-ap-04238-CGM | 19-cv-05033-VSB | 21-cv-03283 |
| 107 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. KB (CI) Nominees Ltd., et al.* | 10-ap-04240-CGM | N/A | N/A |
| 108 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Fortis Banque Lux., et al.* | 11-ap-01242-CGM | 19-cv-04500-VSB | 21-cv-03284 |
| 109 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer & Co. Ltd., Zurich, et al.* | 11-ap-01243-CGM | 19-cv-05035-VSB | 21-cv-03285 |

| No. | Case Name | Bank-ruptcy Court Index No. | First-Round Appeal Index No. | Second-Round Appeal Index No. |
|---|---|---|---|---|
| 110 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole (Suisse) S.A., et al.* | 11-ap-01244-CGM | 19-cv-04546-VSB | 21-cv-03289 |
| 111 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BP Alpha S.A., et al.* | 11-ap-01245-CGM | 19-cv-05042-VSB | 21-cv-03290 |
| 112 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Drake & Co., et al.* | 11-ap-01246-CGM | N/A | N/A |
| 113 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hsu, et al.* | 11-ap-01247-CGM | N/A | N/A |
| 114 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. POBT Bank & Trust Ltd., et al.* | 11-ap-01248-CGM | N/A | N/A |
| 115 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG, et al.* | 11-ap-01249-CGM | 19-cv-05044-VSB | 21-cv-03292 |
| 116 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch f/k/a UBS Lux. SA, et al.* | 11-ap-01250-CGM | 19-cv-04386-VSB | To be opened |
| 117 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Swedclient/IAM, et al.* | 11-ap-01253-CGM | 19-cv-04550-VSB | 21-cv-03310 |
| 118 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AEB Lux., et al.* | 11-ap-01254-CGM | 19-cv-04561-VSB | 21-cv-03313 |
| 119 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Huang, et al.* | 11-ap-01255-CGM | N/A | N/A |
| 120 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance S.A., et al.* | 11-ap-01256-CGM | 19-cv-04567-VSB | 21-cv-03337 |

11

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|-----|-----------|------------------------------|-------------------------------|--------------------------------|
| 121 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mirabaud & Cie, et al.* | 11-ap-01257-CGM | 19-cv-04570-VSB | 21-cv-03340 |
| 122 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Servs. (Ir.) Ltd., et al.* | 11-ap-01258-CGM | 19-cv-04603-VSB | 21-cv-03343 |
| 123 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) S.A., et al.* | 11-ap-01259-CGM | 19-cv-04604-VSB | 21-cv-03344 |
| 124 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait, et al.* | 11-ap-01260-CGM | 19-cv-04972-VSB | 21-cv-03347 |
| 125 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nihon Unicom Corp., et al.* | 11-ap-01261-CGM | N/A | N/A |
| 126 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/Procap/Bryan Garnier, et al.* | 11-ap-01262-CGM | N/A | N/A |
| 127 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Clearstream Banking S.A., et al.* | 11-ap-01263-CGM | 19-cv-05054-VSB | 21-cv-03358 |
| 128 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Arden Endowment Advisers Ltd., et al.* | 11-ap-01458-CGM | 19-cv-04620-VSB | N/A |
| 129 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/LAB/AXA PM, et al.* | 11-ap-01460-CGM | 19-cv-04607-VSB | 21-cv-03361 |
| 130 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Melrose Inv. Ltd., et al.* | 11-ap-01461-CGM | 19-cv-04657-VSB | 21-cv-03364 |
| 131 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Grand Cathay Secs. (H.K.) Ltd., et al.* | 11-ap-01462-CGM | 19-cv-04660-VSB | 21-cv-03368 |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|-----|-----------|------------------------------|-------------------------------|--------------------------------|
| 132 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Int'l, et al.* | 11-ap-01463-CGM | 19-cv-04388-VSB | To be opened |
| 133 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis, et al.* | 11-ap-01464-CGM | 19-cv-04668-VSB | 21-cv-03372 |
| 134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Huang Long-Yin, et al.* | 11-ap-01465-CGM | N/A | N/A |
| 135 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hui-Liang Tsai & Chien-Hui Tu, et al.* | 11-ap-01466-CGM | N/A | N/A |
| 136 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BK Hapoalim/B M Tel Aviv, et al.* | 11-ap-01467-CGM | 19-cv-05057-VSB | 21-cv-03380 |
| 137 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Tsao, et al.* | 11-ap-01468-CGM | N/A | N/A |
| 138 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barfield Nominees Ltd., et al.* | 11-ap-01470-CGM | 19-cv-05061-VSB | 21-cv-03391 |
| 139 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Korea Exch. Bank, et al.* | 11-ap-01486-CGM | 19-cv-05067-VSB | 21-cv-03394 |
| 140 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Nominees (Jersey) Ltd., et al.* | 11-ap-01564-CGM | 19-cv-04683-VSB | 21-cv-03396 |
| 141 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/ING Lux, et al.* | 11-ap-01565-CGM | 19-cv-04687-VSB | 21-cv-03397 |
| 142 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al.* | 11-ap-01566-CGM | 19-cv-04691-VSB | 21-cv-03399 |

| No. | Case Name | Bankruptcy Court Index No. | First-Round Appeal Index No. | Second-Round Appeal Index No. |
|---|---|---|---|---|
| 143 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Global Fund Porvenir, et al.* | 11-ap-01567-CGM | 19-cv-05131-VSB | N/A |
| 144 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Banke (Suisse), et al.* | 11-ap-01568-CGM | 19-cv-04741-VSB | 21-cv-03401 |
| 145 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Banque Degroof Bruxelles, et al.* | 11-ap-01569-CGM | 19-cv-04767-VSB | 21-cv-03409 |
| 146 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. S. Coop Irizar, et al.* | 11-ap-01570-CGM | N/A | N/A |
| 147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banc of America Secs. LLC, et al.* | 11-ap-01571-CGM | 19-cv-05142-VSB | N/A |
| 148 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Di San Marino SPA, et al.* | 11-ap-01572-CGM | N/A | N/A |
| 149 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Capluck Enters. Ltd., et al.* | 11-ap-01573-CGM | N/A | N/A |
| 150 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bureau of Labor Ins., et al.* | 11-ap-01574-CGM | 19-cv-04424-VSB | 21-cv-03417 |
| 151 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Industriel et Commercial Sing. Branch, et al.* | 11-ap-01575-CGM | 19-cv-04425-VSB | 21-cv-03419 |
| 152 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Multi-Strategy Fund Ltd., et al.* | 11-ap-01576-CGM | 19-cv-04428-VSB | N/A |
| 153 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cathay Life Ins. Co. Ltd., et al.* | 11-ap-01577-CGM | 19-cv-04431-VSB | 21-cv-03426 |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|---|---|---|---|---|
| 154 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NYROY, Royal Bank of Canada, et al.* | 11-ap-01578-CGM | 19-cv-04434-VSB | 21-cv-03431 |
| 155 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Secs. Nominees Ltd., et al.* | 11-ap-01579-CGM | 19-cv-04973-VSB | To be opened |
| 156 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Parson Fin. Panama S.A., et al.* | 11-ap-01580-CGM | 19-cv-04742-VSB | N/A |
| 157 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers, et al.* | 11-ap-01581-CGM | 19-cv-04437-VSB | 21-cv-03436 |
| 158 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada Singapore Branch, et al.* | 11-ap-01582-CGM | 19-cv-04438-VSB | 21-cv-03449 |
| 159 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Lux.), et al.* | 11-ap-01584-CGM | 19-cv-04441-VSB | 21-cv-03451 |
| 160 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Reescompte et de Placement, et al.* | 11-ap-01585-CGM | 19-cv-04445-VSB | 21-cv-03452 |
| 161 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Swedbank, et al.* | 11-ap-01586-CGM | 19-cv-05068-VSB | 21-cv-03458 |
| 162 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bie Bank & Trust Bah. Ltd., et al.* | 11-ap-01587-CGM | 19-cv-04446-VSB | 21-cv-03460 |
| 163 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Yuanta Asset Mgmt. (H.K.) Ltd., et al.* | 11-ap-01588-CGM | N/A | N/A |
| 164 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., Credit An-dorra/Crediivest, et al.* | 11-ap-01589-CGM | 19-cv-04459-VSB | 21-cv-03465 |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Appeal Index No. | Second-Round Appeal Index No. |
|---|---|---|---|---|
| 165 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. All Funds Bank, et al.* | 11-ap-01591-CGM | 19-cv-04479-VSB | 21-cv-03484 |
| 166 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Judith Cherwinka, et al.* | 11-ap-01592-CGM | 19-cv-04974-VSB | 21-cv-03489 |
| 167 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Judith A. Hansen, et al.* | 11-ap-01593-CGM | N/A | N/A |
| 168 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Guyerzeller Zurich, et al.* | 11-ap-01594-CGM | 19-cv-04483-VSB | 21-cv-03491 |
| 169 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. KWI, et al.* | 11-ap-01595-CGM | 19-cv-04486-VSB | 21-cv-03508 |
| 170 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kefong Lee, et al.* | 11-ap-01596-CGM | 19-cv-04489-VSB | 21-cv-03509 |
| 171 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. E. Star Sicavf, et al.* | 11-ap-01597-CGM | N/A | N/A |
| 172 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque et Caisse D'Epargne de L'Etat Luxembourg, et al.* | 11-ap-01598-CGM | 19-cv-04491-VSB | 21-cv-03510 |
| 173 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Eduardo Fernandez de Valderrama Murillo, et al.* | 11-ap-01599-CGM | 19-cv-04498-VSB | 21-cv-03511 |
| 174 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares, et al.* | 11-ap-01600-CGM | 19-cv-04501-VSB | 21-cv-03512 |
| 175 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse AG Nassau Branch Wealth Mgmt., et al.* | 11-ap-01601-CGM | 19-cv-04502-VSB | 21-cv-03515 |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|---|---|---|---|---|
| 176 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Apollo Nominees, Inc., et al.* | 11-ap-01603-CGM | N/A | N/A |
| 177 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. PFPC Bank Ltd., et al.* | 11-ap-01604-CGM | 19-cv-05071-VSB | 21-cv-03516 |
| 178 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Melguizo, et al.* | 11-ap-01607-CGM | 19-cv-04976-VSB | N/A |
| 179 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Lung Yen Life Serv. Co. Ltd., et al.* | 11-ap-01608-CGM | N/A | N/A |
| 180 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Israel Disc. Bank, Ltd., Tel Aviv, et al.* | 11-ap-01610-CGM | 19-cv-04515-VSB | 21-cv-03518 |
| 181 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Chen Tyan-Wen, et al.* | 11-ap-01611-CGM | N/A | N/A |
| 182 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie AG, et al.* | 11-ap-01612-CGM | 19-cv-05143-VSB | N/A |
| 183 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pleasant T. Rowland Found., Inc. et al.* | 11-ap-01613-CGM | 19-cv-04533-VSB | 21-cv-03520 |
| 184 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al.* | 11-ap-01614-CGM | 19-cv-04535-VSB | 21-cv-03522 |
| 185 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Societe Europeenne De Banque S.A. et al.* | 11-ap-01615-CGM | 19-cv-04536-VSB | To be opened |
| 186 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Woori Bank, et al.* | 11-ap-01616-CGM | 19-cv-05089-VSB | To be opened |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|---|---|---|---|---|
| 187 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank, SA/NV, et al.* | 11-ap-01617-CGM | 19-cv-04395-VSB | To be opened |
| 188 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. FS/NBP Titres, et al.* | 11-ap-01619-CGM | 19-cv-04539-VSB | To be opened |
| 189 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Presnow Ltd., et al.* | 11-ap-01620-CGM | N/A | N/A |
| 190 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Leyden Dev., et al.* | 11-ap-01622-CGM | N/A | N/A |
| 191 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Privada D'Andorra S.A., et al.* | 11-ap-01717-CGM | N/A | N/A |
| 192 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Abu Dhabi Inv. Auth., et al.* | 11-ap-01719-CGM | 19-cv-04540-VSB | N/A |
| 193 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Vontobel AG, et al.* | 11-ap-01760-CGM | 19-cv-04543-VSB | To be opened |
| 194 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada, et al.* | 11-ap-02253-CGM | 19-cv-04545-VSB | To be opened |
| 195 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Naidot & Co., et al.* | 11-ap-02336-CGM | 19-cv-04547-VSB | N/A |
| 196 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lion Global Invs., et al.* | 11-ap-02392-CGM | 19-cv-04549-VSB | N/A |
| 197 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mario Pacheco Cortes, et al.* | 11-ap-02401-CGM | N/A | N/A |

| No. | Case Name | Bank- ruptcy Court In- dex No. | First- Round Ap- peal Index No. | Second- Round Ap- peal Index No. |
|---|---|---|---|---|
| 198 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Servs. N.V., et al.* | 11-ap-02422-CGM | 19-cv-04552-VSB | To be opened |
| 199 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Beneficial Owners of Accounts Held in the Name of Bank Sal. Oppenheim Jr. & Cie (Schweiz) Ag 1-1000* | 11-ap-02440-CGM | 19-cv-04565-VSB | To be opened |
| 200 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Avalon Absolute Return Funds PLC, et al.* | 11-ap-02530-CGM | 19-cv-04569-VSB | N/A |
| 201 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Privado Portugues (Cayman) Ltd., et al.* | 11-ap-02531-CGM | N/A | N/A |
| 202 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deltec Bank & Trust Ltd., et al.* | 11-ap-02532-CGM | 19-cv-04571-VSB | N/A |
| 203 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. KAS Depositary Trust Co., et al.* | 11-ap-02533-CGM | 19-cv-04573-VSB | To be opened |
| 204 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Simgest SpA, et al.* | 11-ap-02534-CGM | 19-cv-04585-VSB | N/A |
| 205 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Ching-Jung Fang, et al.* | 11-ap-02591-CGM | N/A | N/A |
| 206 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. P.S.I. Int'l Ltd., et al.* | 11-ap-02592-CGM | N/A | N/A |
| 207 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Annex Ltd., et al.* | 11-ap-02593-CGM | N/A | N/A |
| 208 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Rothschild Trust (Schweiz) AG, et al.* | 11-ap-02594-CGM | 19-cv-05149-VSB | N/A |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|---|---|---|---|---|
| 209 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Andorra Banc Agricol Reig SA, et al.* | 11-ap-02611-CGM | 19-cv-04605-VSB | N/A |
| 210 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees (Guernsey) Ltd., et al.* | 11-ap-02612-CGM | 19-cv-04608-VSB | To be opened |
| 211 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust S.A. (Lux.), et al.* | 11-ap-02613-CGM | 19-cv-04610-VSB | N/A |
| 212 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EC.Com, Inc., et al.* | 11-ap-02614-CGM | N/A | N/A |
| 213 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Stichting Stroeve Global Custody, et al.* | 11-ap-02615-CGM | N/A | N/A |
| 214 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Ltd., et al.* | 11-ap-02770-CGM | 19-cv-04396-VSB | To be opened |
| 215 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fullerton Capital PTE, Ltd., et al.* | 11-ap-02771-SMB | 19-cv-04611-VSB | N/A |
| 216 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse) S.A., et al.* | 11-ap-02772-CGM | 19-cv-04623-VSB | To be opened |
| 217 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | 11-ap-02787-CGM | 19-cv-05107-VSB | To be opened |
| 218 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland N.V., et al.* | 12-ap-01119-CGM | 19-cv-04624-VSB | N/A |
| 219 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Madison Cultural Arts Support Trust, et al.* | 12-ap-01121-CGM | N/A | N/A |

20

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|-----|-----------|------------------------------|-------------------------------|--------------------------------|
| 220 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Maple Key Mkt. Neutral Cayman Islands LP, et al.* | 12-ap-01122-CGM | N/A | N/A |
| 221 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Carige SPA, et al.* | 12-ap-01123-CGM | 19-cv-04743-VSB | To be opened |
| 222 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Int'l, et al.* | 12-ap-01124-CGM | 19-cv-04744-VSB | To be opened |
| 223 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG, et al.* | 12-ap-01125-CGM | 19-cv-04765-VSB | To be opened |
| 224 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FPB Int'l Bank, Inc., et al.* | 12-ap-01126-CGM | N/A | N/A |
| 225 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nassau Branch Wealth Mgmt., et al.* | 12-ap-01127-CGM | 19-cv-04766-VSB | To be opened |
| 226 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Seoul Branch, Ltd., et al.* | 12-ap-01128-CGM | 19-cv-05108-VSB | To be opened |
| 227 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Catalunya Caixa, et al.* | 12-ap-01129-CGM | 19-cv-04768-VSB | To be opened |
| 228 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Tayleigh Trust Co. Ltd., et al.* | 12-ap-01130-CGM | 19-cv-04627-VSB | N/A |
| 229 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Rothschild & Cie Banque Paris, et al.* | 12-ap-01131-CGM | 19-cv-05237-VSB | N/A |
| 230 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dexia Inv. Servs. Espana S.A., et al.* | 12-ap-01132-CGM | 19-cv-04770-VSB | To be opened |

| No. | Case Name | Bankruptcy Court Index No. | First-Round Appeal Index No. | Second-Round Appeal Index No. |
|-----|-----------|-----------|-----------|-----------|
| 231 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Field Nominees Ltd., et al.* | 12-ap-01133-CGM | N/A | N/A |
| 232 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. SEI Invs. Trustee, et al.* | 12-ap-01134-CGM | 19-cv-04772-VSB | To be opened |
| 233 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Bank of Ireland Nominees Ltd., et al.* | 12-ap-01135-CGM | 19-cv-04778-VSB | To be opened |
| 234 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Bred Banque Populaire, et al.* | 12-ap-01136-CGM | 19-cv-04779-VSB | To be opened |
| 235 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kasbank Depositary Trust Co., et al.* | 12-ap-01137-CGM | 19-cv-05241-VSB | N/A |
| 236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Chelsea Trust Co., Ltd., et al.* | 12-ap-01138-CGM | 19-cv-04785-VSB | N/A |
| 237 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Union Finance Int'l (HK) Ltd., et al.* | 12-ap-01139-CGM | N/A | N/A |
| 238 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Cesare Ponti SPA, et al.* | 12-ap-01140-CGM | 19-cv-04788-VSB | To be opened |
| 239 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mandalay Invs. SA, et al.* | 12-ap-01141-CGM | N/A | N/A |
| 240 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank Korea Inc., et al.* | 12-ap-01142-CGM | 19-cv-05109-VSB | To be opened |
| 241 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Centre Coll., et al.* | 12-ap-01143-CGM | 19-cv-04789-VSB | N/A |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|---|---|---|---|---|
| 242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim BM, London, et al.* | 12-ap-01144-CGM | 19-cv-04782-VSB | To be opened |
| 243 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Gates Charitable Trust, et al.* | 12-ap-01145-CGM | 19-cv-04979-VSB | To be opened |
| 244 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Portobelo Advs., Inc., et al.* | 12-ap-01146-CGM | 19-cv-04798-VSB | To be opened |
| 245 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Petercam Luxembourg S.A., et al.* | 12-ap-01147-CGM | 19-cv-04853-VSB | To be opened |
| 246 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Popolare Dell'Alto, et al.* | 12-ap-01148-CGM | 19-cv-04864-VSB | To be opened |
| 247 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. La Romana Inversiones SICAV, S.A., et al.* | 12-ap-01149-CGM | N/A | N/A |
| 248 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Clarks Fork Foundation, et al.* | 12-ap-01150-CGM | 19-cv-04930-VSB | To be opened |
| 249 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Loquat Holdings, Inc., et al.* | 12-ap-01152-CGM | N/A | N/A |
| 250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hua Nan Commercial Bank, et al.* | 12-ap-01153-CGM | 19-cv-05112-VSB | To be opened |
| 251 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sofos Capital LLC, et al.* | 12-ap-01154-CGM | N/A | N/A |
| 252 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kiangsu Chekiang, et al.* | 12-ap-01155-CGM | 19-cv-04986-VSB | N/A |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|---|---|---|---|---|
| 253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Baring Bros. Sturdza SA, et al.* | 12-ap-01157-CGM | 19-cv-04933-VSB | To be opened |
| 254 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Bank Leumi Israel, et al.* | 12-ap-01158-CGM | 19-cv-04934-VSB | To be opened |
| 255 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Danobat S. Coop, et al.* | 12-ap-01159-CGM | N/A | N/A |
| 256 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Spin City Corp., et al.* | 12-ap-01160-CGM | N/A | N/A |
| 257 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. International Hedge Fund Ltd., et al.* | 12-ap-01161-CGM | N/A | N/A |
| 258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Delta, S.P.A., et al.* | 12-ap-01162-CGM | 19-cv-04941-VSB | To be opened |
| 259 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kasbank Effecten Bewaarbedrijf, N.V., et al.* | 12-ap-01163-CGM | 19-cv-05115-VSB | To be opened |
| 260 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Ltd., et al.* | 12-ap-01164-CGM | 19-cv-04944-VSB | To be opened |
| 261 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | 12-ap-01185-CGM | 19-cv-04962-VSB | To be opened |
| 262 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Havilland S.A, et al.* | 12-ap-01187-CGM | 19-cv-04963-VSB | To be opened |
| 263 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Jared Trading Ltd./BVI, et al.* | 12-ap-01264-CGM | 19-cv-04965-VSB | N/A |

24

| No. | Case Name | Bankruptcy Court Index No. | First-Round Appeal Index No. | Second-Round Appeal Index No. |
|---|---|---|---|---|
| 264 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank SA Madrid, et al.* | 12-ap-01265-CGM | 19-cv-04967-VSB | To be opened |
| 265 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Albemar Participation Ltd., et al.* | 12-ap-01266-CGM | N/A | N/A |
| 266 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. TAIB Bank E.C., et al.* | 12-ap-01267-CGM | N/A | N/A |
| 267 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Criterium Capital Funds BV, et al.* | 12-ap-01268-CGM | N/A | N/A |
| 268 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/MLBS Geneva, et al.* | 12-ap-01269-CGM | N/A | N/A |
| 269 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Secs. (Panama) SA, et al.* | 12-ap-01270-CGM | 19-cv-04985-VSB | To be opened |
| 270 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hontai Life Ins. Co. Ltd., et al.* | 12-ap-01271-CGM | 19-cv-04988-VSB | To be opened |
| 271 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Schroders Italy SIM SPA, et al.* | 12-ap-01272-CGM | 19-cv-04990-VSB | To be opened |
| 272 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Profilo SPA, et al.* | 12-ap-01285-CGM | 19-cv-04994-VSB | To be opened |
| 273 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco General SA Banca Privada, et al.* | 12-ap-01286-CGM | 19-cv-05019-VSB | 21-cv-03549 |
| 274 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Patagonia (Uruguay) S.A.I.F.E., et al.* | 12-ap-01287-CGM | N/A | N/A |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|-----|-----------|------|------|------|
| 275 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cais Bank, et al.* | 12-ap-01288-CGM | 19-cv-05153-VSB | N/A |
| 276 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dreadnought Fin. OY, et al.* | 12-ap-01289-CGM | 19-cv-05020-VSB | 21-cv-03531 |
| 277 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Int'l Trustee Ltd., et al.* | 12-ap-01290-CGM | 19-cv-05024-VSB | 21-cv-03528 |
| 278 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Irish Life Int'l, et al.* | 12-ap-01291-CGM | N/A | N/A |
| 279 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Istituto Bancario Sammarinese S.P.A., et al.* | 12-ap-01292-CGM | N/A | N/A |
| 280 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Triumph Offshore Fund, et al.* | 12-ap-01293-CGM | N/A | N/A |
| 281 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Alok Sama, et al.* | 12-ap-01294-CGM | 19-cv-05034-VSB | N/A |
| 282 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sarasin & Cie, et al.* | 12-ap-01295-CGM | 19-cv-05040-VSB | N/A |
| 283 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. John E. Niederhuber IRA, et al.* | 12-ap-01296-CGM | 19-cv-05056-VSB | N/A |
| 284 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Don Chimango SA, et al.* | 12-ap-01298-CGM | 19-cv-05106-VSB | 21-cv-03526 |
| 285 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Silverado Holdings LDC, et al.* | 12-ap-01300-CGM | N/A | N/A |

| No. | Case Name | Bank-ruptcy Court In-dex No. | First-Round Ap-peal Index No. | Second-Round Ap-peal Index No. |
|---|---|---|---|---|
| 286 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Unicorp Bank & Trust Ltd., et al.* | 12-ap-01301-CGM | 19-cv-05110-VSB | 21-cv-03519 |
| 287 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Winchester Fiduciary Servs. Ltd., et al.* | 12-ap-01302-CGM | N/A | N/A |
| 288 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Atl. Sec. Bank, et al.* | 12-ap-01550-CGM | 19-cv-05118-VSB | N/A |
| 289 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana, et al.* | 12-ap-01551-CGM | 19-cv-04415-VSB | 21-cv-03493 |
| 290 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Capital Global Mgmt. Ltd., et al.* | 12-ap-01552-CGM | N/A | N/A |
| 291 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Secs. S.A., et al.* | 12-ap-01555-CGM | 19-cv-05220-VSB | 21-cv-03488 |
| 292 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Ltd., et al.* | 12-ap-01556-CGM | 19-cv-04418-VSB | 21-cv-03478 |
| 293 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. First Gulf Bank, et al.* | 12-ap-01567-CGM | 19-cv-05223-VSB | 21-cv-03472 |
| 294 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Servs. NV, et al.* | 12-ap-01568-CGM | 19-cv-05117-VSB | 21-cv-03421 |
| 295 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al.* | 12-ap-01569-CGM | 19-cv-04771-VSB | 21-cv-03407 |
| 296 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Cayman Limited, et al.* | 12-ap-01571-CGM | 19-cv-05154-VSB | N/A |

| No. | Case Name | Bankruptcy Court Index No. | First-Round Appeal Index No. | Second-Round Appeal Index No. |
|---|---|---|---|---|
| 297 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Private Bank & Trust (Channel Islands) Limited, et al.* | 12-ap-01599-CGM | 19-cv-04773-VSB | 21-cv-03249 |
| 298 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hyposwiss Private Bank Geneve, et al.* | 12-ap-01600-CGM | 19-cv-05157-VSB | N/A |
| 299 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Select Absolute Strategies Sicav, et al.* | 12-ap-01601-CGM | 19-cv-05228-VSB | N/A |
| 300 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Essex 21 Ltd., et al.* | 12-ap-01716-CGM | 19-cv-05238-VSB | N/A |
| 301 | *Fairfield Sentry Limited (In Liquidation) et al v. Samsung Absolute Return Trust M1 et al* | 12-ap-01762-CGM | N/A | N/A |
| 302 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Samsung Absolute Return Trust M1, et al.* | 12-ap-01763-CGM | 19-cv-05119-VSB | N/A |
| 303 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Investor Services Bank S.A. f/k/a RBC Dexia Investor Services Bank S.A., et al.* | 16-ap-01214-CGM | 19-cv-05240-VSB | N/A |
| 304 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citco Global Custody NV, et al.* | 19-ap-01122-CGM | N/A | 21-cv-03259 |