**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED (IN
LIQUIDATION), acting by and through the
Foreign Representatives thereof, and
KENNETH KRYS, solely in his capacity as
Foreign Representatives and Liquidator
thereof,

                       Plaintiffs/Appellants,

       -against-                                   19 **CIVIL** 3911 (VSB)

                                                              **<u>JUDGMENT</u>**

CITIBANK, N.A. LONDON,

                       Defendants/Appellees.
---------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 24, 2022, the Bankruptcy Court's decision is AFFIRMED; accordingly, all administratively consolidated cases are closed.

**Dated:**  New York, New York

       August 29, 2022

                                                               **RUBY J. KRAJICK**
                                                                   _____
                                                                      **Clerk of Court**

                                         **BY:**   *K. Mango*
                                                                _____
                                                                      **Deputy Clerk**