**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., | |
| Plaintiffs-Appellants, | |
| -against- | Appeal No. 19-CV-03911 (VSB) |
| CITIBANK NA LONDON, | Administratively Consolidated |
| Defendant-Appellee. | |
| In re: | |
| FAIRFIELD SENTRY LIMITED, et al., | Chapter 15 Case |
| Debtors in Foreign Proceedings. | Case No. 10-13164 (CGM) Jointly Administered |
| FAIRFIELD SIGMA LIMITED (IN LIQUIDATION), acting by and through the Foreign Representative thereof, and KENNETH KRYS and GREIG MITCHELL, soley in their capacities as Foreign Representatives and Liquidators thereof, | |
| Plaintiffs-Appellants, | Case No. 1:21-cv-04015-VSB |
| v. | |
| SEI INVESTMENTS TRUSTEE AND CUSTODIAL SERVICES (IRELAND) LTD. *et al*, | |
| Defendant-Appellees. | |

**[~~PROPOSED~~] ORDER GRANTING MOTION OF**
**GREGORY W. FOX  TO WITHDRAW AS COUNSEL**

The motion to withdraw the appearance of  Gregory W. Fox as counsel of record on

behalf of Consolidated Appellees Millennium Multi-Strategy Fund and SEI Investments Trustee

and Custodial Services (Ireland) Ltd., pursuant to Local Civil Rule 1.4 of this Court, in the above captioned action, and for removal of Gregory W. Fox from the CM/ECF service list for this matter, is hereby **GRANTED**.

SO ORDERED

_____  09/15/22
The Honorable Judge Vernon S. Broderick
United States District Judge