```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FAIRFIELD SENTRY LIMITED (IN                                :
LIQUIDATION), acting by and through the                     :
Foreign Representatives thereof, and                        :
KENNETH KRYS, solely in his capacity as                     :   19-CV-3911 (VSB), 21-CV-4307 (VSB),
Foreign Representatives and Liquidator                      :   21-CV-4329 (VSB), 21-CV-4444 (VSB),
thereof,                                                    :   21-CV-4490 (VSB), 21-CV-4498 (VSB)
                                                            :
                         Plaintiffs/Appellants,             :            **ORDER**
                                                            :
                 - against –                                :
                                                            :
CITIBANK, N.A. LONDON,                                      :
                                                            :
                         Defendants/Appellees.              :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

It has come to my attention that five cases related to *In Re: Fairfield Sentry Limited*, 19-CV-3911 (VSB), were not consolidated with the lead case and still have pending motions for leave to appeal. *See In Re: Fairfield Sentry Limited*, 21-CV-4307 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4329 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4444 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4490 (VSB); and *In Re: Fairfield Sentry Limited*, 21-CV-4498 (VSB). Accordingly, it is hereby:

ORDERED that, if the pending motions in the five aforementioned cases raise any outstanding issues that have not already been addressed by my Opinion & Order in *In Re: Fairfield Sentry Limited*, 19-CV-3911 (VSB), Doc. 600, the parties inform me on or before October 6, 2022. Otherwise, I will direct the Clerk of Court to enter judgment in the five related cases in accordance with my Opinion & Order in the lead case.

SO ORDERED.

Dated: September 29, 2022
      New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge