UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
FAIRFIELD SENTRY LIMITED (IN :
LIQUIDATION), acting by and through the :
Foreign Representatives thereof, and :
KENNETH KRYS, solely in his capacity as : 19-CV-3911 (VSB), 21-CV-4381 (VSB),
Foreign Representatives and Liquidator : 21-CV-4453 (VSB), 21-CV-4486 (VSB),
thereof, : 21-CV-4487 (VSB), 21-CV-4496 (VSB),
: 21-CV-4400 (VSB)
            Plaintiffs/Appellants, :
: **ORDER**
          - against – :
:
CITIBANK, N.A. LONDON, :
:
           Defendants/Appellees. :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    It has come to my attention that six cases related to *In Re: Fairfield Sentry Limited*, 19-CV-3911 (VSB), were not consolidated with the lead case and have no pending motions. *See In Re: Fairfield Sentry Limited*, 21-CV-4381 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4453 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4486 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4487 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4496 (VSB); and *In Re: Fairfield Sentry Limited*, 21-CV-4400 (VSB). Accordingly, it is hereby:

    ORDERED that if there is any reason judgment should not be entered in the six related cases in accordance with my Opinion & Order in the lead case, the parties inform me on or before October 6, 2022. Otherwise, I will direct the Clerk of Court to enter judgment in accordance with *In Re: Fairfield Sentry Limited*, 19-CV-3911 (VSB), Doc. 600.

SO ORDERED.

Dated: September 30, 2022
      New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge