UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fairfield Sentry Limited (In Liquidation), *et al.*, acting by and through the Foreign Representatives thereof,<br><br>　　　　Plaintiffs-Appellees,<br><br>　　-against-<br><br>Citibank NA London, *et al.*,<br><br>　　　　Defendants-Appellants. | Case No. 19-cv-3911 (VSB) |
| In re:<br><br>Fairfield Sentry Limited, *et al.*,<br><br>　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), et al., acting by and through the Foreign Representatives thereof,<br><br>　　　　Plaintiffs,<br><br>　　-against-<br><br>Theodoor GGC Amsterdam, *et al.*,<br><br>　　　　Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated<br><br>NOTICE OF DEFENDANTS-APPELLANTS' MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL |

The other parties to this action shall file any opposition to Defendant-Appellants' motion for a certificate of appealability on or before October 14, 2022. Defendants-Appellants shall file any reply on or before October 21, 2022.

SO ORDERED:

*[signature]*  10/04/2022

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

PLEASE TAKE NOTICE, that upon the accompanying Motion to Certify Appeal to the United States Court of Appeals for the Second Circuit, the Defendants-Appellants (as defined in Appendix A of the accompanying Motion) will move this Court before the Honorable Vernon S. Broderick, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to be determined by the Court, for entry of an Order, pursuant to 28 U.S.C. § 1292(b), certifying for interlocutory appeal that part of this Court's August 24, 2022 Opinion & Order that affirms the Bankruptcy Court's decision denying dismissal of the Liquidators' claims for Constructive Trust under the law of the British Virgin Islands.

Dated: September 30, 2022
      New York, New York

                              Respectfully submitted,

                              CLEARY GOTTLIEB STEEN
                              & HAMILTON LLP

                              By: *Nowell D. Bamberger*

                                  Jeffrey A. Rosenthal
                                  Joseph M. Kay
                                  JD Colavecchio
                                  J. Lee Hill
                                  One Liberty Plaza
                                  New York, NY 10006
                                  T: 212-225-2000
                                  F: 212-225-3999
                                  jrosenthal@cgsh.com
                                  jkay@cgsh.com
                                  jdcolavecchio@cgsh.com
                                  leehill@cgsh.com

                                  Nowell D. Bamberger
                                  2112 Pennsylvania Avenue, N.W.
                                  Washington, D.C. 20037
                                  T: 202-974-1500
                                  F: 202-974-1999
                                  nbamberger@cgsh.com

*Counsel for HSBC Securities Services (Luxembourg) S.A., HSBC Private Bank (Suisse) S.A., HSBC Bank USA, N.A.*