```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
FAIRFIELD SENTRY LIMITED (IN              :
LIQUIDATION), acting by and through the   :
Foreign Representatives thereof, and      :
KENNETH KRYS, solely in his capacity as   :
Foreign Representatives and Liquidator    :   19-CV-3911 (VSB)
thereof,                                  :   (Administratively Consolidated)
                                          :
           Plaintiffs/Appellants,         :   ORDER
                                          :
           - against -                    :
                                          :
                                          :
CITIBANK, N.A. LONDON,                    :
                                          :
           Defendants/Appellees.          :
-------------------------------------------------------- X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On March 27, 2023, I filed an Opinion & Order granting Defendants-Appellants' motion for certification of my ruling to the Second Circuit under 28 U.S.C. § 1292(b).  (Doc. 647, the "Order.")   It has since come to my attention that the Order was not entered in all of the Defendants-Appellants' cases.

Accordingly, the Clerk of Court is respectfully directed to enter the Order at Doc. 647 in *In Re: Fairfield Sentry Limited*, 21-CV-3530 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-3538 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-3544 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-3550 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-3563 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-3576 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-3637(VSB); *In Re: Fairfield Sentry Limited*, 21-CV-3653 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-3676 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-3741 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-3751 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-3502

(VSB); and *In Re: Fairfield Sentry Limited*, 21-CV-3302 (VSB).

SO ORDERED.

Dated: April 5, 2023
      New York, New York

                                            Vernon S. Broderick
                                            United States District Judge